**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>MICHAEL L JOHNSON<br>AILEEN N MAISONETJOHNSON<br>Debtor(s) | Case No. 11-40057 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/30/2011.

2) The plan was confirmed on 01/06/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 10/16/2014.

6) Number of months from filing to last payment: 37.

7) Number of months case was pending: 42.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $9,061.00.

10) Amount of unsecured claims discharged without payment: $34,873.77.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $16,487.74 |
| Less amount refunded to debtor | $287.74 |

**NET RECEIPTS:** $16,200.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $630.40 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,130.40

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AAA CHECKMATE | Unsecured | 1,166.00 | NA | NA | 0.00 | 0.00 |
| AARONS | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVICE | Unsecured | 576.00 | 479.36 | 479.36 | 119.14 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Unsecured | 1,127.00 | 1,444.62 | 1,444.62 | 359.05 | 0.00 |
| ALL CREDIT LENDERS | Unsecured | 1,205.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Unsecured | NA | 809.75 | 809.75 | 201.26 | 0.00 |
| ANESTHESIA CONSULTANTS | Unsecured | 299.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 113.00 | 113.16 | 113.16 | 28.12 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 667.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 381.00 | 382.42 | 382.42 | 95.05 | 0.00 |
| AUTOMATED COLLECTION SYSTEM | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| BROTHER LOAN & FINANCE | Unsecured | NA | 101.26 | 101.26 | 25.17 | 0.00 |
| BUSINESSMENS COLLECTION BUR | Unsecured | 418.00 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| CHASE AUTOMOTIVE FINANCE COR | Secured | 2,117.00 | 2,117.00 | 2,117.00 | 2,117.00 | 142.42 |
| CHASE AUTOMOTIVE FINANCE COR | Secured | 5,548.00 | 5,548.00 | 5,548.00 | 5,548.00 | 363.38 |
| CHASE AUTOMOTIVE FINANCE COR | Unsecured | NA | 91.21 | 91.21 | 22.67 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 1,792.00 | 2,096.32 | 2,096.32 | 521.02 | 0.00 |
| COMPUTER CREDIT INC | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| CONDELL MEDICAL CENTER | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| CONSOLIDATED PATHOLOGIC CONS | Unsecured | 6.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CTI | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| DEBT RECOVERY SOLUTIONS | Unsecured | 127.00 | NA | NA | 0.00 | 0.00 |
| DEVRY INC | Unsecured | 233.00 | 232.38 | 232.38 | 57.76 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 314.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 314.00 | NA | NA | 0.00 | 0.00 |
| ERS SOLUTIONS | Unsecured | 584.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 11.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL COLLECTION BUR | Unsecured | 382.00 | NA | NA | 0.00 | 0.00 |
| FREDERICO & MARY KLIORA | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| G FRANK & M MILEJCZYK | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| GURNEE RADIOLOGY CENTER | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS LTD | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS LTD | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| HELIO | Unsecured | 648.00 | NA | NA | 0.00 | 0.00 |
| HOSEP DEYMENJIAN MD | Unsecured | 71.00 | NA | NA | 0.00 | 0.00 |
| ICS COLLECTION | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS CASH ADVANCE | Unsecured | NA | 3,254.96 | 3,254.96 | 808.99 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 320.00 | 157.33 | 157.33 | 157.33 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 71.04 | 71.04 | 17.66 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY ACUTE CARE | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY RADIOLOGY | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY RADIOLOGY | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY TREASURER | Unsecured | 259.00 | NA | NA | 0.00 | 0.00 |
| LAKE FOREST HOSPITAL | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| LAKE FOREST HOSPITAL | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| LAKE SHORE PATHOLOGISTS | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| LISA M NOEL | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| MALCOLM S GERALD | Unsecured | 662.00 | NA | NA | 0.00 | 0.00 |
| MERCATUS GROUP | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| MIDWESTERN REGIONAL MEDICAL | Unsecured | 100.00 | 300.00 | 300.00 | 74.56 | 0.00 |
| NATIONAL CREDIT ADJUSTERS | Unsecured | 191.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 256.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 197.00 | NA | NA | 0.00 | 0.00 |
| NORTHEAST RADIOLOGY | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| OSI COLLECTION SERVICES | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| PENTAGROUP FINANCIAL | Unsecured | 584.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 530.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | NA | 638.35 | 638.35 | 158.66 | 0.00 |
| PINNACLE MANAGEMENT SERVICES | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 433.00 | 433.44 | 433.44 | 107.73 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 433.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL ACCOUNTS MGMT | Unsecured | 427.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL ACCOUNTS MGMT | Unsecured | 171.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL ACCOUNTS MGMT | Unsecured | 428.00 | NA | NA | 0.00 | 0.00 |
| PUBLISHERS CLEARING HOUSE | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 434.00 | 434.42 | 434.42 | 107.97 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 2,200.00 | NA | NA | 0.00 | 0.00 |
| SOCIAL SECURITY ADMIN | Unsecured | 5,500.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 583.00 | 583.67 | 583.67 | 145.07 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| THE DIAGNOSTIC CENTER | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| UNIQUE NATIONAL COLLECTION | Unsecured | 159.00 | NA | NA | 0.00 | 0.00 |
| UNIQUE NATIONAL COLLECTION | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTIONS | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 3,032.00 | 3,203.69 | 3,203.69 | 796.24 | 0.00 |
| VISTA HEALTH | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VISTA MEDICAL CENTER | Unsecured | 450.00 | 383.64 | 383.64 | 95.35 | 0.00 |
| VKI COLLECTIONS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| WILLIAM L JESENOVEC DDS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $7,665.00 | $7,665.00 | $505.80 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$7,665.00** | **$7,665.00** | **$505.80** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $157.33 | $157.33 | $0.00 |
| **TOTAL PRIORITY:** | **$157.33** | **$157.33** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$15,053.69** | **$3,741.47** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,130.40 |
| Disbursements to Creditors | $12,069.60 |
| **TOTAL DISBURSEMENTS :** | **$16,200.00** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/06/2015         By: /s/ Glenn Stearns
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**